In the Matter of Edward M. Grout.— Motion granted. Present — Thomas, Mills, Rich and Putnam, JJ.

In the Matter of Frank P. Martin.— Motion granted. Present — Thomas, Mills, Rich and Putnam, JJ.

In the Matter of the Application of the Public Service Commission, etc. Bushwick Station, East New York Route (Route No. 59).— Motion granted, and order signed. Present — Jenks, P. J., Stapleton, Rich and Putnam, JJ.

William Willett, Jr., Respondent, v. Charles S. Devoy, Individually and as Clerk of the County of Kings, Appellant. Joseph Cassidy, Respondent, v. Charles S. Devoy, Individually and as Clerk of the County of Kings, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

American Manufacturing Company, Respondent, v. Edward Lindgren and Others, Appellants. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Frederick G. Bourne, Respondent, v. The Blue Points Company, Appellant.— For the reasons stated in the opinion in *Hard* v. *Blue Points Co.* (170 App. Div. 524) it must be held that defendant unlawfully encroaches on the foot of West street. Though not strictly an abutter on West street, this respondent, Bourne, has a right of direct access to the bay through West street from his land on South Country road, and further, as appurtenant to his other lands, holds a residuum of certain landing and strand rights covering the easterly half of West street, as it extends to and upon the shore, all of which entitled him to the relief granted by the court. Its findings of fact are, therefore, confirmed; but the first conclusion of law is enlarged by striking out the limitation to *first* cause of action, and amending same at folio 108, so as to read, " which entitles him to maintain the causes of action alleged in his complaint." The judgment appealed from is, therefore, affirmed, with costs. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Nora Childers, as Administratrix, etc., of Alfred Thomas Childers, Deceased, Appellant, v. Brooklyn Eastern District Terminal, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Michael Didyk, Respondent, v. Astoria Light, Heat and Power Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Carr, Mills, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

Sonia Dressel, Appellant, v. W. F. S. Construction Company, Inc., and Others, Defendants, Impleaded with Gaynor & Rosenblum, Inc., Respondent.— Order of the County Court of Kings county affirmed, with ten dol-